UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THOMAS SZCZESNY,**

        Plaintiff,

v.

**CITY OF TROY**, a municipal corporation,
**EVAN LEITHAUSER**, in his personal
and professional capacities,
**SCOTT ALLAN** in his personal and
professional capacities,
**ALEJANDRO PARRA**, in his personal and
professional capacities,
**GAIL PARRA**, in her personal and
professional capacities, and
**BRIAN WARZECHA**, in his personal and
professional capacities,

        Defendants.
_____/

Case No: 2:25-cv-12836-GAD-EAS
Hon. Gershwin A. Drain
Mag. Judge: Elizabeth A. Stafford

**PROOF OF SERVICE**

The undersigned certifies that a copy of the document with Proof of Service affixed thereto was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as directed on the pleadings on **NOVEMBER 26, 2025**:

VIA:
☐ U.S. Mail   ☐ Federal Express   ☐ Email
☐ Facsimile   ☐ Hand Delivery
☐ **EFS [e-file & serve]**
☐ **ESO [e-serve, only via MiFILE]**

I declare under the penalties of perjury that this Proof of Service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

  /s/ Susan Mount-Campbell

**Law Offices of Jason A. Waechter**
**AARON R. MARTINEZ (P86228)**
**JASON A. WAECHTER (P47651)**
Attorneys for Plaintiff
19080 W. Ten Mile Road
Southfield, MI 48075
(248) 355-4701 / Fax: 248-281-0006
aaron@877powerlaw.com; jason@877powerlaw.com
Paralegal Cris Vivian: cris@877powerlaw.com

**Rosati Schultz Joppich & Amtsbuechler PC**
**MARGARET T. DEBLER (P43905)**
**AMANDA P. WASKE (P81128)**
Attorneys for Defendant Officers
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
(248) 489-4100
mdebler@rsjalaw.com; awaske@rsjalaw.com
_____/

**Troy City Attorney's Office**
**LORI GRIGG BLUHM (P46908)**
**JULIE QUINLAN DUFRANE (P59000)**
Attorneys for Defendant City of Troy
500 W. Big Beaver Road
Troy, MI 48084
(248) 524-3320
bluhmlg@troymi.gov; j.dufrane@troymi.gov

## **PLAINTIFF'S REPLY TO DEFENDANTS' AFFIRMATIVE DEFENSES**

NOW COMES Plaintiff, Thomas Szczesny, by and through his attorneys, and for his Reply to all Affirmative Defenses asserted by Defendant City of Troy and Defendants Leithauser, Allan, Parra, Parra, and Warzecha, states as follows:

**GENERAL RESPONSE TO ALL AFFIRMATIVE DEFENSES**

Plaintiff denies each and every affirmative defense asserted by all Defendants. Defendants bear the burden of proving by a preponderance of the evidence that each affirmative defense they assert applies to bar, reduce, or limit Plaintiff's recovery. Plaintiff puts Defendants to their strict proof on each and every defense.

**Improper Defenses Should Be Disregarded**. To the extent any pleaded "defense" constitutes a mere denial of an element of Plaintiff's claims rather than an affirmative defense asserting new matter that would bar recovery (including, but not limited to, "failure to state a claim," "plaintiff was not seized," "cannot demonstrate serious impairment," "conduct not reckless," and "not proximate cause"), Plaintiff disregards such assertions as they are not proper affirmative defenses under Fed. R. Civ. P. 8(c). Similarly, Plaintiff disregards the "reservation of rights" provisions (City's Twenty-First Defense; Officers' Thirty-Second Defense) as they are not affirmative defenses but improper attempts to preserve unidentified defenses without actually pleading them. Plaintiff also disregards the incorporation by reference of co-defendants' defenses (City's Twentieth Defense; Officers' Thirty-First Defense) as improper under Rule 8.

**Conclusory Defenses**. To the extent Defendants assert affirmative defenses in wholly conclusory fashion without alleging specific facts to support their application (including, but not limited to, collateral estoppel/res judicata, Motor Vehicle Code violations, failure to maintain security, and insurance-related bars), Plaintiff denies such defenses and holds Defendants to their burden to establish both the legal and factual basis for each defense with particularity.

**Substantive Denials**. As to all remaining properly pleaded affirmative defenses, Plaintiff specifically denies their applicability. Plaintiff was not comparatively negligent, did not assume any risk, did not fail to mitigate damages, and complied with all applicable laws. Defendants are not entitled to qualified immunity, governmental immunity, or discretionary immunity because Plaintiff's constitutional rights were clearly established, Defendants acted with gross negligence



LAW OFFICES OF JASON A. WAECHTER
19080 W. TEN MILE ROAD, SOUTHFIELD, MI 48075
TELEPHONE 248.355.4701 • FACSIMILE 248.281.0006

demonstrating a substantial lack of concern for whether injury would result, and Defendants violated clearly established law. Probable cause did not exist for Plaintiff's arrest, prosecution, or the issuance of search warrants, as evidenced by the dismissal of all criminal charges and the fabrication or material misrepresentation of facts by Defendants. Plaintiff's claims are timely filed within all applicable statutes of limitation. The City of Troy is liable for its own unconstitutional policies, customs, and practices, inadequate training and supervision, and ratification of its officers' misconduct, establishing municipal liability under Monell independent of respondeat superior. Plaintiff's claims are not barred by No-Fault insurance provisions, as Michigan law permits tort liability for gross negligence and federal constitutional claims are not subject to state insurance limitations. All of Plaintiff's injuries were directly and proximately caused by Defendants' reckless, grossly negligent, and unconstitutional conduct, and Plaintiff has suffered and continues to suffer serious impairment of body functions as defined by Michigan law.

**Reservation of Rights.** Plaintiff reserves the right to amend or supplement these replies as discovery proceeds and additional facts become known, and further reserves all rights to challenge the legal sufficiency of any affirmative defense through appropriate motion practice.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court reject each and every affirmative defense asserted by all Defendants and grant Plaintiff all relief sought in the Complaint.



|  | Respectfully submitted,<br>**LAW OFFICES OF JASON A. WAECHTER**<br><br>*/s/ Aaron R. Martinez*<br>AARON R. MARTINEZ (P86228)<br>JASON A. WAECHTER (P47651)<br>Attorneys for Plaintiff<br>19080 W. Ten Mile Rd, 2nd Fl<br>Southfield, MI  48075<br>(248) 355-4701 |
|---|---|

Dated: November 26, 2025