UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THOMAS SZCZESNY,**

               Plaintiff,

v.

**CITY OF TROY**, a municipal corporation,

**EVAN LEITHAUSER**, in his personal
**and professional capacities,**

**SCOTT ALLAN in his personal and
professional capacities,**

**ALEJANDRO PARRA, in his personal and
professional capacities,**

**GAIL PARRA, in her personal and
professional capacities,**

and

**BRIAN WARZECHA**, in his personal and
professional capacities,

               Defendants.

_____/

Case No:  2:25-cv-12836-GAD-EAS
Hon. Gershwin A. Drain
Mag. Judge: Elizabeth A. Stafford

**PROOF OF SERVICE**

The undersigned certifies that a copy of the document with Proof of Service affixed thereto was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as directed on the pleadings on **Wednesday, April 1, 2026**:

VIA:

☐ U.S. Mail    ☐ Federal Express    ☒ Email
☐ Facsimile    ☐ Hand Delivery
☒ EFS [e-file & serve]
☐ ESO [e-serve, only  via MiFILE]

I declare under the penalties of perjury that this Proof of Service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

**/s/ Aaron R. Martinez (P86228)**

**Law Offices of Jason A. Waechter**
**AARON R. MARTINEZ (P86228)**
**JASON A. WAECHTER  (P47651)**
Attorneys for Plaintiff
19080 W. Ten Mile Road
Southfield, MI 48075
(248) 355-4701  /  Fax: 248-281-0006
aaron@877powerlaw.com; jason@877powerlaw.com
Paralegal Cris Vivian: cris@877powerlaw.com

**Rosati Schultz Joppich & Amtsbuechler PC**
**MARGARET T. DEBLER (P43905)**
**AMANDA P. WASKE (P81128)**
Attorneys for Defendant Officers
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
(248) 489-4100
mdebler@rsjalaw.com; awaske@rsjalaw.com
_____/

**Troy City Attorney's Office**
**LORI GRIGG BLUHM (P46908)**
**JULIE QUINLAN DUFRANE (P59000)**
Attorneys for Defendant City of Troy
500 W. Big Beaver Road
Troy, MI 48084
(248) 524-3320
bluhmlg@troymi.gov; j.dufrane@troymi.gov

LAW OFFICES OF JASON A. WAECHTER
19080 W. TEN MILE ROAD, SOUTHFIELD, MI 48075
TELEPHONE 248.355.4701 • FACSIMILE 248.281.0006

- 1 -

## STIPULATED ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS

Plaintiff Thomas Szczesny and Defendants City of Troy, Evan Leithauser, Officer Scott Allan, Officer Alejandro Parra, Officer Gail Parra, and Officer Brian Warzecha, by and through their respective counsel, having stipulated to an extension of time for Defendants to respond to Plaintiff's First Discovery Requests served on March 2, 2026, and the Court finding good cause for such extension,

**IT IS HEREBY ORDERED** that:

1. Pursuant to Fed. R. Civ. P. 29(b), 33(b)(2), 34(b)(2)(A), and 36(a)(3), Defendants City of Troy, Evan Leithauser, Scott Allan, Alejandro Parra, Gail Parra, and Brian Warzecha shall have until **May 1, 2026** to serve their responses and objections to Plaintiff's First Set of Discovery Requests, including Requests for Admission, Requests for Production of Documents, and Interrogatories therein.

2. This extension does not alter any other deadlines established in the Court's Scheduling Order.

3. This stipulation does not constitute a waiver of any objections or defenses available to any party.

**IT IS SO ORDERED.**

Dated: April 1, 2026

/s/ Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United State District Court Judge

**STIPULATED AND AGREED:**

LAW OFFICES OF JASON A. WAECHTER

*/s/ Aaron R. Martinez – 3/19/2026*
Aaron R. Martinez (P86228)
Jason A. Waechter (P47651)
Attorneys for Plaintiff

LAW OFFICES OF JASON A. WAECHTER
19080 W. TEN MILE ROAD, SOUTHFIELD, MI 48075
TELEPHONE 248.355.4701 • FACSIMILE 248.281.0006



ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.

*/s/ Amanda P. Waske – 3/20/2026 (w/ permission via email)*
Amanda P. Waske (P81128)
Margaret T. Debler (P43905)
Attorneys for Defendant Officers

TROY CITY ATTORNEY'S OFFICE

*/s/ Julie Quinlan Dufrane – 3/30/2026 (w/permission via email)*
Julie Quinlan Dufrane (P59000)
Attorney for City of Troy



LAW OFFICES OF JASON A. WAECHTER
19080 W. TEN MILE ROAD, SOUTHFIELD, MI 48075
TELEPHONE 248.355.4701 • FACSIMILE 248.281.0006