UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THOMAS SZCZESNY,**

               Plaintiff,

v.

**CITY OF TROY**, a municipal corporation,

**EVAN LEITHAUSER**, in his personal
**and professional capacities,**

**SCOTT ALLAN in his personal and
professional capacities,**

**ALEJANDRO PARRA, in his personal and
professional capacities,**

**GAIL PARRA, in her personal and
professional capacities,**

and

**BRIAN WARZECHA**, in his personal and
professional capacities,

               Defendants.

_____/

Case No: 2:25-cv-12836-GAD-EAS
Hon. Gershwin A. Drain
Mag. Judge: Elizabeth A. Stafford



**Law Offices of Jason A. Waechter**
**AARON R. MARTINEZ (P86228)**
**JASON A. WAECHTER  (P47651)**
Attorneys for Plaintiff
19080 W. Ten Mile Road
Southfield, MI 48075
(248) 355-4701  /  Fax: 248-281-0006
aaron@877powerlaw.com; jason@877powerlaw.com
Paralegal Cris Vivian: cris@877powerlaw.com

**Rosati Schultz Joppich & Amtsbuechler PC**
**MARGARET T. DEBLER (P43905)**
**AMANDA P. WASKE (P81128)**
Attorneys for Defendant Officers
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
(248) 489-4100
mdebler@rsjalaw.com; awaske@rsjalaw.com

**Troy City Attorney's Office**
**LORI GRIGG BLUHM (P46908)**
**JULIE QUINLAN DUFRANE (P59000)**
Attorneys for Defendant City of Troy
500 W. Big Beaver Road
Troy, MI 48084
(248) 524-3320
bluhmlg@troymi.gov; j.dufrane@troymi.gov

_____/

- 1 -

**STIPULATED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT OFFICERS' FIRST DISCOVERY REQUESTS TO Plaintiff**

Plaintiff Thomas Szczesny and Defendants Evan Leithauser, Officer Scott Allan, Officer Alejandro Parra, Officer Gail Parra, and Officer Brian Warzecha, by and through their respective counsel, having stipulated to an extension of time for Plaintiff to respond to Defendant Officers' First Discovery Requests served on March 5, 2026, and the Court finding good cause for such extension,

**IT IS HEREBY ORDERED** that:

1. Pursuant to Fed. R. Civ. P. 29(b), 33(b)(2), 34(b)(2)(A), and 36(a)(3), Plaintiff shall have until **May 1, 2026** to serve his responses and objections to Defendant Officers First Set of Discovery Requests, including Requests for Production of Documents, and Interrogatories therein.

2. This extension does not alter any other deadlines established in the Court's Scheduling Order.

3. This stipulation does not constitute a waiver of any objections or defenses available to any party.

**IT IS SO ORDERED.**

Dated: April 6, 2026                       /s/ Gershwin A. Drain
                                           HON. GERSHWIN A. DRAIN
                                           United State District Court Judge

**STIPULATED AND AGREED:**

LAW OFFICES OF JASON A. WAECHTER

***/s/ Aaron R. Martinez – 3/31/2026***
Aaron R. Martinez (P86228)
Jason A. Waechter (P47651)
Attorneys for Plaintiff

LAW OFFICES OF JASON A. WAECHTER
19080 W. Ten Mile Road, Southfield, MI 48075
Telephone 248.355.4701 • Facsimile 248.281.0006



ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.

***/s/ Amanda P. Waske – 4/2/2026 (w/ permission via email)***
Amanda P. Waske (P81128)
Margaret T. Debler (P43905)
Attorneys for Defendant Officers



LAW OFFICES OF JASON A. WAECHTER
19080 W. TEN MILE ROAD, SOUTHFIELD, MI 48075
TELEPHONE 248.355.4701 • FACSIMILE 248.281.0006