# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**THOMAS SZCZESNY,**

                        **Plaintiff,**

v.

**CITY OF TROY**, a municipal corporation,
     et al.,

                        **Defendants**.

Case No: 2:25-cv-12836
Hon. Gershwin Drain
Magistrate Judge Stafford

_____/

LAW OFFICES OF JASON A. WAECHTER
AARON R. MARTINEZ (P86228)
JASON A. WAECHTER (P47651)
Attorneys for Plaintiff
19080 W Ten Mile Road
Southfield, MI 48075
(248) 355-4701
aaron@877powerlaw.com;
jason@877powerlaw.com

LORI GRIGG BLUHM (P46908)
JULIE QUINLAN DUFRANE (P59000)
Attorneys for Defendant City of Troy
500 W. Big Beaver Road
Troy, MI 48084
(248) 524-3320
j.dufrane@troymi.gov;
BluhmLG@troymi.gov

ROSATI SCHULTZ JOPPICH &
AMTSBUECHLER PC
Margaret T. Debler (P43905)
Amanda P. Waske (P81128)
Attorneys for the Individual Troy Defendants
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
(248) 489-4100
mdebler@rsjalaw.com
awaske@rsjalaw.com

_____/

## STIPULATED ORDER EXTENDING TIME TO RESPOND TO PLAINITFF'S MOTION TO COMPEL

Plaintiff filed a Motion to Compel Defendant City of Troy's Responses to Plaintiff's First Discovery Requests on July 1, 2026. (ECF No. 28, Page ID 222). The matter was referred to the Magistrate Judge Stafford on July 7, 2026. (ECF No.29, Page ID 229). Plaintiff's counsel and counsel for Defendant City of Troy met and conferred on July 15, 2026 to narrow the areas of disagreement identified in Plaintiff's Motion to Compel. The parties made significant progress regarding the areas of disagreement associated with the discovery responses. Thus, Plaintiff and Defendant City of Troy have stipulated to the following:

1. On or before July 23, 2026, the City of Troy shall submit supplemental discovery responses to address the areas of disagreement identified in Plaintiff's Motion to Compel and discussed by the parties on July 15, 2026.

2. The time for the Defendant City of Troy's Response to Plaintiff's Motion to Compel Responses shall be extended until July 31, 2026, if required.

IT IS SO ORDERED.

s/Elizabeth A. Stafford

Dated: July 17, 2026      Elizabeth A. Stafford
U.S. MAGISTRATE JUDGE

Stipulated and Agreed to by:

s/Aaron R. Martinez (w/consent 7/15/2026)
AARON R. MARTINEZ (P86228)
Attorneys for Plaintiff
19080 W Ten Mile Road
Southfield, MI 48075
(248) 355-4701
aaron@877powerlaw.com


s/Julie Quinlan Dufrane
Attorneys for City of Troy
500 W. Big Beaver Road
Troy, MI  48084
(248) 524-3320
j.dufrane@troymi.gov
(P59000)