UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS SZCZESNY,

               Plaintiff,

-vs-

CITY OF TROY, a municipal
corporation; EVAN LEITHAUSER, in
his personal and professional capacities;
SCOTT ALLAN, in his personal and
professional capacities; ALEJANDRO
PARRA, in his personal and
professional capacities; GAIL PARRA,
in her personal and professional
capacities; and BRIAN WARZECHA,
in his personal and professional
capacities,

               Defendants.

_____ /

CA: 25-12836

HON: GERSHWIN A. DRAIN
MAG. ELIZABETH A. STAFFORD

**STIPULATED
PROTECTIVE ORDER**

LAW OFFICES OF JASON A.
WAECHTER
Aaron R. Martinez (P86228)
Jason A. Waechter (P47651)
Attorneys for Plaintiff
19080 W. Ten Mile Rd.
Southfield, MI  48075
(248) 355-4701
aaron@877powerlaw.com
jason@877powerlaw.com

Lori Grigg Bluhm (P46908)
Julie Quinlan Dufrane (P59000)
Attorneys for City of Troy
500 W. Big Beaver Road
Troy, MI  48084
(248) 524-3320
bluhmlg@troymi.gov
j.dufrane@troymi.gov

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC
Margaret T. Debler  (P43905)
Amanda P. Waske (P81128)
Attorneys for Defendants Leithauser,
Allan, Parra, Parra and Warzecha
27555 Executive Drive, Ste. 250
Farmington Hills, MI  48331
(248) 489-4100
mdebler@rsjalaw.com
awaske@rsjalaw.com
_____ /

## STIPULATED PROTECTIVE ORDER

The parties hereto having so stipulated, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED as follows:

1.      Any document produced by any party to this action (the "Producing Party") for inspection and/or copying by any other party (the "Discovering Party") shall be used by the Discovering Party only for the purposes of this litigation and for no other purpose.  The Discovering Party shall not make such documents or the information contained therein available to any person except:

(a) Such employees of the Discovering Party as are involved in the prosecuting or defending of this action;

(b)  Attorneys engaged or employed by the Discovering Party and their supporting staff, consultants, and agents;

2

(c)  Any expert witness or consultant engaged by the Discovering Party or its attorneys to assist in connection with this action.

(d) Private focus groups, mock trials, or case evaluations undertaken by any party or their Attorneys for work-product purposes related to this litigation only, except that in such cases, information shall only be presented and not copied or physically disseminated, and names of all parties shall be changed to avoid identifiable information being presented.

(e) Facilitators and or case evaluators chosen by the Parties or the Court.

2.      Nothing in paragraph 1 hereof shall prevent the parties from using documents received in discovery, or the information contained therein, in any proceeding in this action, including, but not limited to:

(a)  Discovery depositions;

(b)  Motions, briefs and pleadings;

(c)  Argument before the Court;

(d)  Trial or appeal;

(e) Facilitation, mediation, arbitration, or case evaluation;

(f) Focus groups, mock trials, to the extent outlined above, for Attorney work-product purposes.

3.      Before making any documents produced herein, or the information contained therein, available to any person described in paragraph 1(c), the

Discovering Party shall obtain from that person a written acknowledgment that he has been given a copy of this Order, has read it, and agrees to be bound by all of its terms.

4.     At the conclusion of this litigation, all documents, including copies, produced in discovery and in the possession of the Discovering Party or any other person to whom such documents were made available by the Discovering Party, shall be returned to the Producing Party or destroyed by the Discovering Party.  If the Producing Party elects the option of destruction, the Discovering Party shall file and serve a sworn certificate of destruction, attesting to the Discovering Party's full compliance with the destruction requirement.

5.     This Order may be modified upon written stipulation of the parties, or by the Court upon Motion of any party, for good cause shown.

Dated: July

/s/ Gershwin A. Drain
HON. GERSHWIN A. DRAIN
U.S. DISTRICT JUDGE

Stipulated and Agreed to by:

s/Aaron R. Martinez w/consent
Attorneys for Plaintiff
19080 W. Ten Mile Rd.
Southfield, MI  48075
(248) 355-4701
aaron@877powerlaw.com
(P86228)

**[signatures continue]**

4

s/Amanda P. Waske w/consent
Attorney for Defendants Leithauser,
Allan, Parra, Parra and Warzecha
27555 Executive Drive, Ste. 250
Farmington Hills, MI  48331
(248) 489-4100
awaske@rsjalaw.com
(P81128)

s/ Julie Quinlan Dufrane
Attorneys for City of Troy
500 W. Big Beaver Road
Troy, MI  48084
(248) 524-3320
j.dufrane@troymi.gov
(P59000)