UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS SZCZESNY,

Plaintiff,

-vs-

CITY OF TROY, a municipal corporation; EVAN LEITHAUSER, in his personal and professional capacities; SCOTT ALLAN, in his personal and professional capacities; ALEJANDRO PARRA, in his personal and professional capacities; GAIL PARRA, in her personal and professional capacities; and BRIAN WARZECHA, in his personal and professional capacities,

Defendants.

______________________________________ /

CA: 25-12836

HON: GERSHWIN A. DRAIN
MAG. ELIZABETH A. STAFFORD

LAW OFFICES OF JASON A. WAECHTER
Aaron R. Martinez (P86228)
Jason A. Waechter (P47651)
Attorneys for Plaintiff
19080 W. Ten Mile Rd.
Southfield, MI 48075
(248) 355-4701
aaron@877powerlaw.com
jason@877powerlaw.com

Lori Grigg Bluhm (P46908)
Julie Quinlan Dufrane (P59000)
Attorneys for City of Troy
500 W. Big Beaver Road
Troy, MI 48084
(248) 524-3320
bluhmlg@troymi.gov
j.dufrane@troymi.gov

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC
Margaret T. Debler (P43905)
Amanda P. Waske (P81128)
Attorneys for Defendants Leithauser,
Allan, Parra, Parra and Warzecha
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
mdebler@rsjalaw.com
awaske@rsjalaw.com

_______________________________________ /

**STIPULATED ORDER OF DISMISSAL
AS TO DEFENDANT GAIL PARRA, ONLY**

The parties having stipulated and agreed, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Complaint and claims against OFFICER GAIL PARRA be dismissed without prejudice and without costs, interest or attorney fees to any party;

IT IS FURTHER ORDERED that this is not a final order of the Court, and does not resolve the last pending claim.

IT IS SO ORDERED.

Date: October 2, 2026

/s/Gershwin A. Drain
Hon. Gershwin A. Drain
United States District Court

Stipulated to and agreed upon by:

s/ Amanda P. Waske
Attorney for Defendant G. Parra
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
awaske@rsjalaw.com
(P81128)

s/ Aaron R. Martinez (w/consent)
Attorney for Plaintiff
19080 W. Ten Mile Rd.
Southfield, MI 48075
(248) 355-4701
aaron@877powerlaw.com
(P86228)