UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THOMAS SZCZESNY,**

Plaintiff,

v.

**CITY OF TROY**, a municipal corporation,

**EVAN LEITHAUSER**, in his personal and professional capacities,

**SCOTT ALLAN** in his personal and professional capacities,

**ALEJANDRO PARRA**, in his personal and professional capacities,

and

**BRIAN WARZECHA**, in his personal and professional capacities,

Defendants.

_______________________________/

Case No: 2:25-cv-12836-GAD-EAS
Hon. Gershwin A. Drain
Mag. Judge: Elizabeth A. Stafford

**PROOF OF SERVICE**

The undersigned certifies that a copy of the document with Proof of Service affixed thereto was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as directed on the pleadings **on Friday, October 16, 2026**:

VIA:

☐ U.S. Mail ☐ Federal Express ☐ Email
☐ Facsimile ☐ Hand Delivery
☒ **EFS [e-file & serve]**
☐ **ESO [e-serve, only via MiFILE]**

I declare under the penalties of perjury that this Proof of Service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

***/s/Aaron R Martinez***

**Law Offices of Jason A. Waechter**
**AARON R. MARTINEZ (P86228)**
**JASON A. WAECHTER (P47651)**
Attorneys for Plaintiff
19080 W. Ten Mile Road
Southfield, MI 48075
(248) 355-4701 / Fax: 248-281-0006
aaron@877powerlaw.com; jason@877powerlaw.com
Paralegal Cris Vivian: cris@877powerlaw.com

**Troy City Attorney's Office**
**LORI GRIGG BLUHM (P46908)**
**JULIE QUINLAN DUFRANE (P59000)**
Attorneys for Defendant City of Troy
500 W. Big Beaver Road
Troy, MI 48084
(248) 524-3320
bluhmlg@troymi.gov; j.dufrane@troymi.gov

**Rosati Schultz Joppich & Amtsbuechler PC**
**MARGARET T. DEBLER (P43905)**
**AMANDA P. WASKE (P81128)**
Attorneys for Defendant Officers
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
(248) 489-4100
mdebler@rsjalaw.com; awaske@rsjalaw.com

_______________________________/

## INDEX OF EXHIBITS FOR PLAINTIFF'S SUPPLEMENTAL PRE-HEARING BRIEF

LAW OFFICES OF JASON A. WAECHTER
19080 W. TEN MILE ROAD, SOUTHFIELD, MI 48075
TELEPHONE 248.355.4701 • FACSIMILE 248.281.0006

| | |
|---|---|
| Exhibit 1: | Declaration of Jon Young, RN, BSN, dated October 16, 2026 |
| Exhibit 2: | Deposition Transcript of Evan Leithauser |
| Exhibit 3: | Deposition Transcript of Brian Warzecha |
| Exhibit 4: | Deposition Transcript of Alejandro Parra |
| Exhibit 5: | A. Parra's Response to First Set of Discovery Requests |

LAW OFFICES OF JASON A. WAECHTER
19080 W. TEN MILE ROAD, SOUTHFIELD, MI 48075
TELEPHONE 248.355.4701 • FACSIMILE 248.281.0006