LAW OFFICES OF JASON A. WAECHTER
19080 W. TEN MILE ROAD, SOUTHFIELD, MI 48075
TELEPHONE 248.355.4701 • FACSIMILE 248.281.0006

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THOMAS SZCZESNY,**

Plaintiff,

v.

**CITY OF TROY**, a municipal corporation,

**EVAN LEITHAUSER**, in his personal and professional capacities,

**SCOTT ALLAN** in his personal and professional capacities,

**ALEJANDRO PARRA**, in his personal and professional capacities,

**GAIL PARRA**, in her personal and professional capacities,

and

**BRIAN WARZECHA**, in his personal and professional capacities,

Defendants.
_______________________________________/

Case No: 2:25-cv-12836-GAD-EAS
Hon. Gershwin A. Drain
Mag. Judge: Elizabeth A. Stafford

**Law Offices of Jason A. Waechter**
**AARON R. MARTINEZ (P86228)**
**JASON A. WAECHTER (P47651)**
Attorneys for Plaintiff
19080 W. Ten Mile Road
Southfield, MI 48075
(248) 355-4701 / Fax: 248-281-0006
aaron@877powerlaw.com; jason@877powerlaw.com
Paralegal Cris Vivian: cris@877powerlaw.com

**Troy City Attorney's Office**
**LORI GRIGG BLUHM (P46908)**
**JULIE QUINLAN DUFRANE (P59000)**
Attorneys for Defendant City of Troy
500 W. Big Beaver Road
Troy, MI 48084
(248) 524-3320
bluhmlg@troymi.gov; j.dufrane@troymi.gov

**Rosati Schultz Joppich & Amtsbuechler PC**
**MARGARET T. DEBLER (P43905)**
**AMANDA P. WASKE (P81128)**
Attorneys for Defendant Officers
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
(248) 489-4100
mdebler@rsjalaw.com; awaske@rsjalaw.com
_______________________________________/

LAW OFFICES OF JASON A. WAECHTER
19080 W. TEN MILE ROAD, SOUTHFIELD, MI 48075
TELEPHONE 248.355.4701 • FACSIMILE 248.281.0006

**DECLARATION OF JON YOUNG, R.N., B.S.N**

1. I am the Nurse Case Manager for Plaintiff Thomas Szczesny.

2. I am a registered nurse and hold a Bachelor of Science in Nursing. I make this declaration based on my personal knowledge and observations, and if called as a witness, I could and would competently testify to the matters stated herein.

3. I attended an orthopedic clinic appointment for Mr. Szczesny with Dr. Patrick Wiater at Corewell Royal Oak Orthopedic Clinic.

4. Mr. Szczesny answered a few brief questions and was then taken for X-ray imaging of his pelvis.

5. After Mr. Szczesny returned from imaging, Dr. Wiater entered the examination room and explained the imaging findings and the details of the pending surgical procedures.

6. Mr. Szczesny reported that since falling in the bathroom, his right hip had remained painful. He stated that the pain radiated down his right leg, often occurred without notice, and was sharp in nature.

7. Dr. Wiater explained that not only the back of the pelvis needed to be secured, but also the front of the pelvis. He explained that there was no healing on the right side and that it would have to be secured by a surgical pin.

8. Regarding the front side of the pelvis, Dr. Wiater explained that a urologist or urological surgeon would need to assist with the bladder. He further explained that, once Mr. Szczesny had a surgical opening, the surgical team would determine the most appropriate method and exact location to secure the area.

9. Dr. Mark Jacobson entered the room shortly after and shared his opinion regarding how he would assist during the posterior procedure. Dr. Jacobson explained that he would assist in attempting to isolate the nerve bundles amid the scar tissue using advanced imaging during the surgical procedure.

10. Dr. Wiater and Dr. Jacobson discussed the precautions, risks, and postoperative care associated with the procedure, including risks such as bleeding and infection.

11. There is a potential that multiple days of surgical procedures may be necessary to achieve the surgical goals.

12. Based on the discussion with Dr. Wiater and Dr. Jacobson, it was apparent that the proposed surgery or surgeries were sensitive, complex, and potentially high-risk. This was due in part to the extent of Mr. Szczesny's injuries from the crash, the lack of healing on the right side of the pelvis, the need to secure both the anterior and posterior aspects of the pelvis, the involvement of the bladder/urology, and the need to identify and protect nerve bundles amid existing scar tissue during the procedure.

13. Dr. Wiater stated, and reiterated, that Mr. Szczesny would probably be non-weight bearing again for approximately a minimum of three months after surgery.

14. The physicians again consulted with each other and confirmed the surgical date of November 20, 2026.

15. The team then met with a surgery scheduler named Tammy, who provided Mr. Szczesny with information regarding the surgery scheduling process. Tammy stated that Mr. Szczesny would be contacted two days prior to surgery. She also stated that it was acceptable for him to take Tylenol, but that he would likely be required to have nothing by mouth after 10:00 p.m. the night before surgery.

16. I waited with Mr. Szczesny and his girlfriend before wheelchair transportation arrived to take them both home.

17. I will continue to follow up with Mr. Szczesny regarding any questions in preparation for the procedure.

18. Further the declarant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on October 16, 2026.

Jon Young

Jon Young, R.N., B.S.N
Declarant/Nurse Case Manager for Mr. Szczesny

LAW OFFICES OF JASON A. WAECHTER
19080 W. TEN MILE ROAD, SOUTHFIELD, MI 48075
TELEPHONE 248.355.4701 • FACSIMILE 248.281.0006

Progress | RightSignature

# SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
35C8D6AB-BE35-4E99-9523-87D6DDCB37C0

## TRANSACTION DETAILS

**Reference Number**
35C8D6AB-BE35-4E99-9523-87D6DDCB37C0

**Transaction Type**
Signature Request

**Sent At**
10/16/2026 04:05:06 PM EDT

**Executed At**
10/16/2026 04:08:51 PM EDT

**Identity Method**
email

**Distribution Method**
email

**Signed Checksum**
0ee885f0af2287869c2ea20db4a33b56a1796752ce965b8a710568b4cb1d0637

**Signer Sequencing**
Disabled

**Document Passcode**
Disabled

**eIDAS Authentication**
Disabled

## DOCUMENT DETAILS

**Document Name**
Declaration of Jon Young 10 16 26

**Filename**
Declaration_of_Jon_Young_10_16_26.pdf

**Pages**
3 pages

**Content Type**
application/pdf

**File Size**
138 KB

**Original Checksum**
a43b8e04aef6802ddb1582d8720ba9411592d1bb411d9e89ea8462a7b1be7fe2

# SIGNERS

## SIGNER

**Name**
Jon Young

**Email**
jon@llbusenconsulting.com

**Components**
1

## E-SIGNATURE

**Status**
signed

**Multi-factor Digital Fingerprint Checksum**
c6e3aa33d4e2c07e550c4ab8c4cf82168e2bd312e63f2870a85dfaca09e7aeb2

**IP Address**
172.3.66.17

**Device**
Microsoft Edge via Windows

**Typed Signature**




**Signature Reference ID**
D0C0663D

## EVENTS

**Viewed At**
10/16/2026 04:08:10 PM EDT

**Identity Authenticated At**
10/16/2026 04:08:51 PM EDT

**Signed At**
10/16/2026 04:08:51 PM EDT

# AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 10/16/2026 04:05:07 PM EDT | Aaron Martinez (aaron@877powerlaw.com) created document 'Declaration_of_Jon_Young_10_16_26.pdf' on Chrome via Windows from 75.147.242.186. |
| 10/16/2026 04:05:07 PM EDT | Jon Young (jon@llbusenconsulting.com) was emailed a link to sign. |
| 10/16/2026 04:08:10 PM EDT | Jon Young (jon@llbusenconsulting.com) viewed the document on Microsoft Edge via Windows from 172.3.66.17. |
| 10/16/2026 04:08:51 PM EDT | Jon Young (jon@llbusenconsulting.com) authenticated via email on Microsoft Edge via Windows from 172.3.66.17. |
| 10/16/2026 04:08:51 PM EDT | Jon Young (jon@llbusenconsulting.com) signed the document on Microsoft Edge via Windows from 172.3.66.17. |