UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS SZCZESNY,<br><br>Plaintiff,<br><br>v.<br><br>TROY, CITY OF, *et al.*,<br><br>Defendants. | Case No. 25-12836<br>Honorable Gershwin A. Drain<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER RESOLVING PENDING DISCOVERY MOTIONS AND ORDERING THE PARTIES TO MEET AND CONFER (ECF NOS. 28, 32, 36, 41)**

Plaintiff Thomas Szczesny moves to compel responses to his first set of discovery requests and seeks leave to take nonparty depositions before expert discovery closes. ECF No. 28; ECF No. 41. Defendants seek a protective order to restrict plaintiff's ability to forensically examine personal cell phones and to compel plaintiff to appear for a deposition after his anticipated November 2026 surgery. ECF No. 32; ECF No. 36. The Honorable Gershwin A. Drain referred these motions to the undersigned for hearing and determination under 28 U.S.C. § 636(b)(1)(A). ECF No. 29; ECF No. 33; ECF No. 37; ECF No. 42. The Court held a hearing on October 20, 2026. ECF No. 53.

For the reasons stated on the record, the Court:

- **DENIES AS MOOT** plaintiff's motion to compel responses to his first set of discovery requests, as the parties have resolved all issues pertaining to that motion. ECF No. 28.
- **DENIES** defendant officers' motion for a protective order, as plaintiff's requests to conduct a forensic examination of Defendant Evan Leithauser, Brian Warzecha, and Alejandro Parro's personal cell phones are relevant to the claims asserted, narrowly tailored, and proportional to the needs of the case. Scott Bailey is to conduct the forensic examination of the cell phones. ECF No. 32.
- **GRANTS IN PART AND DENIES IN PART** defendants' joint motion to compel plaintiff's deposition and for show cause, as plaintiff's deposition is to be taken promptly before his scheduled surgery on November 20, 2026, with reasonable accommodations employed to ensure that plaintiff's medical conditions are not triggered during the deposition. ECF No. 36.
- **DENIES** plaintiff's motion to take nonparty depositions before the expert discovery cutoff, as plaintiff has not shown good cause to conduct those depositions after the close of discovery. ECF No. 41.

It is **ORDERED** that the parties meet and confer with Mr. Bailey **before November 9, 2026**, to establish protocol for the forensic examination of the individual cell phones. The Court will hold a status conference at **2:00 P.M. on November 9, 2026**, during which all parties and Mr. Bailey should appear to discuss next steps.

**IT IS SO ORDERED**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: October 22, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. L.R. 72.2.

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 22, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager